**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: COMPLAINT OF BLACK BEARD FISHING, LLC., : | |
| AS OWNER AND OWNER *PRO HAC VICE* OF THE : | In Admiralty |
| FISHING VESSEL QUEEN ANN'S REVENGE, FOR : | |
| EXONERATION FROM OR LIMITATION OF LIABILITY : | No. 3:20-cv-1042-BRM-ZNQ |

**ORDER**

Black Beard Fishing, LLC., as Owner and Owners *pro hac vice*, of the F/V QUEEN ANN'S REVENGE filed this action seeking Exoneration from or Limitation of Liability, pursuant to 46 U.S.C. §§30501, *et. seq.,* and Rule F of the Supplemental Rules for Admiralty or Maritime Claims, and the court having entered an Order directing publication in the Asbury Park Press and that the Order be mailed to every person known to have made any claim against Plaintiffs (Docket No. 6), and the Court having entered a Supplemental Order directing service of the pleadings upon the next of Kin of Paul Matos (Docket No. 23), and Plaintiff's having complied with those Orders (Docket Nos. 14, 24), and the Estate of Smalling having filed an answer and claim (Docket Nos. 9 and 10), and the time within which any party may submit claims has expired;

NOW, on Motion of Plaintiffs-in-Limitation, it is hereby ORDERED and DECREED that the default of all persons and/or entities claiming damages for any loss, damage, injury or destruction occasioned by or resulting from the incident described in the Complaint, occurring on or about February 8, 2018, or in any way arising out of or in connection with the matters set forth in the Complaint, who have not heretofore filed or served on counsel for Plaintiff-in-Limitation both their claims and answers, be and the same is hereby noted, and that such

persons and/or entities in default are now hereby barred from filing and serving any claims and answers in this action, or otherwise.

_____
Honorable Zahid N. Quraishi  U.S.M.J.

DATE: 8/27/20